Thomas P. Riley, SBN 194706
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

**Attorneys for Plaintiff**
**J & J Sports Productions, Inc.**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J Sports Productions, Inc., | CASE NO. 2:10-cv-02517-WBS-KJN |
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CARMEN DELGADO, individually and d/b/a SUPER BURRITO TAQUERIA |
| vs. | |
| Carmen Delgado, et al., | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant CARMEN DELGADO, individually and d/b/a SUPER BURRITO TAQUERIA, that the above-entitled action is hereby dismissed **without prejudice** against CARMEN DELGADO, individually and d/b/a SUPER BURRITO TAQUERIA.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by July 6, 2012, the dismissal shall be deemed to be **with prejudice**.

///
///
///
///
///
///
///

**STIPULATION OF DISMISSAL**
**PAGE 1**

1      This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party

2 referenced-above shall bear its own attorneys' fees and costs.

6 Dated: March 30, 2012           *s/ Thomas P. Riley*_____

7 _____              **LAW OFFICES OF THOMAS P. RILEY, P.C.**

                          By:  Thomas P. Riley

8                       Attorneys for Plaintiff

                        J & J SPORTS PRODUCTIONS, INC.

11

12 Dated: April 20, 2012           *s/ Richard Lansburgh*_____

                        **LAW OFFICE OF RICHARD LANSBURGH**

13                     By: Richard Lansburgh

14                     Attorneys for Defendant

                        CARMEN DELGADO,

15                     individually and d/b/a SUPER BURRITO TAQUERIA

22 **IT IS SO ORDERED**:

23 Dated:  April 20, 2012

25

26 WILLIAM B. SHUBB

       UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On March 30, 2012, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT CARMEN DELGADO, individually and d/b/a SUPER BURRITO TAQUERIA**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Richard Lansburgh, Esquire (Attorneys for Defendant)
Law Office of Richard Lanburgh
823 North Street
Woodland, CA 95695

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 30, 2012, at South Pasadena, California.

Dated: March 30, 2012

_____

MARIA BAIRD

///
///
///
///
///
///
///
///

**STIPULATION OF DISMISSAL**
**PAGE 3**